FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2021 MAR 17  PM 3: 50

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

STEVEN ANTHONY SHIELDS

CASE NO. 5:21-cr-21-JA-PRL
18 U.S.C. § 247(a)(1)
18 U.S.C. § 844(h)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

### (INTENTIONAL DAMAGE TO RELIGIOUS PROPERTY)

On or about July 11, 2020, in the Middle District of Florida, the defendant,

**STEVEN ANTHONY SHIELDS,**

intentionally damaged and destroyed religious real property, specifically the Queen of Peace Catholic Church, located in Ocala, Florida, because of the religious character of that property. The offense was in and affected interstate and foreign commerce, and the offense included the use of fire and included the use of a dangerous weapon, to wit: a motor vehicle.

In violation of 18 U.S.C. § 247(a)(1) and (d)(3).

## COUNT TWO

### (USING FIRE TO COMMIT A FELONY)

On or about July 11, 2020, in the Middle District of Florida, the defendant,

**STEVEN ANTHONY SHIELDS,**

knowingly used fire to commit a violation of 18 U.S.C. § 247(a)(1), as charged in Count One of this indictment, a felony prosecutable in a court of the United States.

In violation of 18 U.S.C. § 844(h)(1).

### FORFEITURE

1. The allegations contained in Count Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 844(c) and 982(a)(2)(B) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 844, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

 e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

KARIN B. HOPPMANN
Acting United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

For Josephine W. Thomas
Assistant United States Attorney
Chief, Criminal Division

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division

By: _____
Maura White
Trial Attorney

FORM OBD-34
March 21

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

STEVEN ANTHONY SHIELDS

## INDICTMENT

Violations:  18 U.S.C. § 247(a)(1)
18 U.S.C. § 844(h)(1)

A true bill,

_____
Foreperson

Filed in open court this 17th day

of March, 2021.

_____ Clerk

Bail $_____

GPO 863 525